JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

OSMAR SANCHEZ CLEMENTE,

Petitioner,

v.

D. MARIN, *et al.*,

Respondents.

No.: 5:26-cv-01402-MWF-ACCV

**JUDGMENT UNDER 28 U.S.C. § 2241**

Honorable Michael W. Fitzgerald
United States District Judge

GOOD CAUSE APPEARING, IT IS ORDERED THAT, under 8 U.S.C. § 2241, and as stipulated by the parties, judgment is entered, without requiring any further proceedings, as follows:

The Petition for Writ of Habeas Corpus is granted. Respondents are enjoined from re-detaining Petitioner unless they comply with the process required under 8 C.F.R. §§ 241.4(*l*)(1), 241.13(i).

Dated: May 6, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

1